**No. 39318.**—Protest 361356–G of E. A. Jackson, Inc. (New York).

Opinion by TILSON, J.   The record showed that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 39319.**—Protest 395061–G of National Gary Corp. (New York).

Opinion by TILSON, J.   The record showed that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 39320.**—Protest 420305–G of J. E. Bernard & Co., Inc. (New York).

Opinion by TILSON, J.   The record showed that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 39321.**—Protest 435854–G of Schwartz & Ehrenreich (New York).

Opinion by TILSON, J.   The record showed that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

SEPTEMBER 1, 1938

**No. 39322.**—            est 787540–G of Grace Nichols.   T. D. 49610. Application by plaintiff for rehearing denied.

**No. 39323.**—                        —Protest 939335–G of Julius Wile Sons & Co., Inc.   Abstract 39056.   Application by plaintiff for rehearing granted.

SEPTEMBER 2, 1938

**No. 39324.**—SUIT 4123.—                              —*Lord & Taylor* v. *United States.*   T. D. 49024 affirmed.